# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

MTS SYSTEMS CORPORATION,

        Plaintiff,

v.                                                                Civil No. 21-01945 (JRT/JFD)

FEDERAL INSURANCE COMPANY,                    **ORDER FOR DISMISSAL WITH PREJUDICE**

        Defendant.

---

Scott G. Williams, **HAWS-KM LAW GROUP,** 30 East Seventh Street, Suite 3200, Saint Paul, MN 55101, for plaintiff.

Charles E. Spevacek, **MEAGHER & GEER, PLLP,** 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 24]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that the stipulation of dismissal of this action is approved and this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 16, 2022
at Minneapolis, Minnesota

                                            s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                            District Judge
                                            United States District Court